UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

          v.

ALFREDO VALENTIN, JR.,

                              Defendant.
_____

DECISION AND ORDER

13-CR-6062L

       This Court sentenced the defendant Alfredo Valentin, Jr. ("Valentin") in September 2013 to a 20-year term of imprisonment, a 10-year term of supervised release, and forfeiture of approximately $75,000. Valentin's sentence was based on his trafficking over a kilogram of heroin in the Rochester, New York area and it was also affected by the fact that he had four prior felony drug convictions.

       Valentin moved (Dkt. #31), *pro se*, for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). After considering all the relevant factors involved in such a motion, this Court entered a Decision and Order (Dkt. #40) on July 29, 2020 denying the motion for compassionate release. The Court considered carefully Valentin's medical condition; his Medical Care Level 2; his health issues involving Type 2 diabetes; as well as Valentin's place of confinement, FCI Loretto, and the steps taken there to combat the COVID-19 virus.

       Valentin has now filed a motion (Dkt. #41), *pro se*, asking this Court to reconsider its prior Decision of July 29, 2020 denying his prior motion for release. Valentin's motion is based in part on the fact that another federal judge granted release to a different inmate. He also suggests that more

inmates have contracted the virus recently at Loretto FCI and that he continues treatment for Type 2 diabetes.

I have carefully considered the matters raised in Valentin's motion to reconsider, as well as my prior Decision, including the finding there that Valentin presents a danger to the community based on his lengthy prior criminal record involving numerous felony drug convictions, which fact was, in part, a basis for this Court's original denial of the motion for compassionate release.

## CONCLUSION

Defendant Alfredo Valentin, Jr.'s motion (Dkt. #41) for this Court to reconsider its Decision and Order (Dkt. #40) is in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       September 30, 2020.